NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**INOVA LABS, INC.,**
*Appellant*

**v.**

**INOGEN, INC.,**
*Appellee*

---

2015-1067

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,885.

---

**JUDGMENT**

---

ERIC B. MEYERTONS, Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C., Austin, TX, argued for appellant.

JOHN B. SGANGA, JR., Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellee. Also represented by LINDA H. LIU, NICHOLAS M. ZOVKO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, PLAGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 7, 2015 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |